**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6544**

CHARLES ROBERT MORRIS, III,

        Plaintiff - Appellant,

    v.

HAROLD W. CLARKE, Director of D.D.C.; WARDEN OF COFFEE WOOD;
COFFEE WOOD MEDICAL STAFF, Medical Department,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge.  (2:14-cv-00022-RBS-DEM)

Submitted:  August 28, 2014      Decided:  September 3, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Robert Morris, III, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Robert Morris, III, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Morris v. Clarke, No. 2:14-cv-00022-RBS-DEM (E.D. Va. Mar. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED